UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80051 EMC |
|     Plaintiff, | **ORDER REJECTING COMPLAINT** |
|     v. | |
| D.C. METROPOLITAN POLICE DEPARTMENT | |
|     Defendant. | |

Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

In the instant case, Mr. Hurt purports to sue the D.C. Metropolitan Police Department seeking to have this Court interpret various authorities, and to eliminate and abolish "libel and slander against the American people." As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

_____
EDWARD M. CHEN
United States District Judge